**Electronically Filed
Supreme Court
SCWC-17-0000210
01-OCT-2018
09:51 AM**

SCWC-17-0000210

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

RODNEY HOPU, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000210; CR. NO. 14-1-0147)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Rodney Hopu's application for writ of certiorari filed on August 30, 2018, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 1, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson